### 11392.   RICE *v.* THE STATE.

LUKE, J.   The charge of the court as to impeachment of witnesses did not confuse and mislead the jury; and when the entire charge is read, there is no harmful error in the instructions complained of.

The verdict of involuntary manslaughter was authorized by the evidence; and it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MAY 11, 1920.

Conviction of involuntary manslaughter; from Fulton superior court — Judge Humphries.   February 21, 1920.

*B. H. & Harvey Hill, Tillou Von Nunes,* for plaintiff in error.
*John A. Boykin, solicitor-general, E. A. Stephens,* contra.

---

### 11393.   OLIVER *v.* THE STATE.

BROYLES, C. J.   1. In the light of the particular facts of the case, the charge as a whole, and the notes of the judge qualifying his approval of the amendment to the motion for a new trial, none of the special grounds of the motion shows cause for a reversal of the judgment below.

2. The verdict was amply authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 11, 1920.

Indictment for manufacture of liquor; from Ben Hill superior court — Judge Gower.   February 14, 1920.

*A. J. & J. C. McDonald, Vessie Jones,* for plaintiff in error.
*J. B. Wall, solicitor-general, Jesse Grantham,* contra.